STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Brent A. Hawkins
Louisiana Appellate Project
P. O. Box 3752
Lake Charles LA 70602

Derrick L. Harris
Louisiana State Prison DOC No. 340796
Oak-4, Bed 56
Angola LA 70712

REHEARING ACTION: January 22, 2014

Docket Number: 13   00133-KA

STATE OF LOUISIANA
VERSUS
DERRICK L. HARRIS

Appealed from Vermilion Parish Case No. 51265

BEFORE JUDGES:

Hon. Sylvia R. Cooks
Hon. Marc T. Amy
Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Derrick L. Harris** has this day been

**DENIED.**

cc: Michael Harson, Counsel for the Appellee
    F. Stanton Hardee, III, Counsel for the Appellee